# Order

Michigan Supreme Court
Lansing, Michigan

February 1, 2008

135632

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE ALEXIS RENEE FAULKNER, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

JAMIE ANNETTE FAULKNER,
        Respondent-Appellant.

SC: 135632
COA: 277707
Oakland CC
Family Division: 05-703807-NA

_____/

On order of the Court, the application for leave to appeal the December 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2008

                           Clerk

s0129